FILED
CLERK, U.S. DISTRICT COURT
November 10, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAIME RAMIRO VEGA,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>Respondent. | No. ED CV 19-02387-SB (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

This case was reassigned to this Court by order of the Chief Judge on September 25, 2020. Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition.

Date: November 10, 2020

_____
STANLEY BLUMENFELD, JR.
United States District Judge