FILED
CLERK, U.S. DISTRICT COURT

November 10, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JAIME RAMIRO VEGA,<br><br>Petitioner,<br><br>v.<br><br>NEIL McDOWELL,<br><br>Respondent. | No. ED CV 19-02387-SB (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed, and this action is dismissed with prejudice.

Date: November 10, 2020

_____
STANLEY BLUMENFELD, JR.
United States District Judge